**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| BRENDA HAWKINS, individually and on behalf of all others similarly situated, |
| *Plaintiff*, |
| v. |
| DANAHER CORPORATION, RAINER M. BLAIR, and MATT MCGREW, |
| *Defendants*. |

No. 1:23-cv-02055-ABJ

**CERTIFICATE REQUIRED BY LCvR 26.1 OF THE LOCAL RULES OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Danaher Corporation ("Danaher"), certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, affiliates, or companies that own at least 10% of the stock of Danaher and that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated:  September 26, 2023

Respectfully submitted,

*/s/ Jason J. Mendro*
Jason J. Mendro, D.C. Bar No. 482040
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone:  (202) 877-3726
Facsimile:  (202) 530-9626
JMendro@gibsondunn.com