**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRENDA HAWKINS, and DEREK EINERSEN, individually and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br><br>             v.<br><br>DANAHER CORPORATION, RAINER M. BLAIR, MATT MCGREW, and EMMANUEL LIGNER,<br><br>                     Defendants. | Case No. 1:23-cv-02055 (AHA) |

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY PROCEEDINGS**

In accordance with the Standing Order for Civil Cases entered by the Court on February 5, 2025 (ECF No. 36), lead plaintiff Brenda Hawkins and additional plaintiff Derek Einersen (collectively, "Plaintiffs"), and Defendants Danaher Corporation, Rainer M. Blair, Matt McGrew, and Emmanuel Ligner (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby provide notice that the Parties have reached an agreement to settle the above-captioned class action (the "Action"). The parties have agreed to finalize a stipulation of settlement and accompanying exhibits by no later than April 20, 2026, and Plaintiffs plan to file a motion seeking preliminary approval of the settlement under Rule 23(e) of the Federal Rules of Civil Procedure as soon thereafter as practicable. Accordingly, the Parties jointly request that the Court temporarily stay all proceedings in the Action pending a ruling on Plaintiffs' forthcoming motion for preliminary approval of the settlement.

Dated: March 31, 2026

 /s/ Justin D. D'Aloia
Jeremy A. Lieberman (*pro hac vice*)
Justin D. D'Aloia (*pro hac vice*)
**POMERANTZ LLP**
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
jdaloia@pomlaw.com

*Counsel for Plaintiffs and Lead Counsel for the Proposed Class*

Daniel S. Sommers (Bar No. 416549)
Jan E. Messerschmidt (Bar No. 1031488)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave., NW
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
dsommers@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

*Counsel for Plaintiffs and Liaison Counsel for the Proposed Class*

Brian Schall
Rina Restaino
**THE SCHALL LAW FIRM**
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
Facsimile: (213) 519-5876
brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Plaintiff Derek Einersen*

Respectfully submitted,

 /s/ Brian M. Lutz
Brian M. Lutz (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel: (415) 393.8200
Fax: (415) 393.8306
BLutz@gibsondunn.com

Jason Mendro (Bar No. 482040)
Lissa M. Percopo (Bar No. 985736)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, DC 20036
Tel: (202) 955.8500
Fax: (202) 467.0539
JMendro@gibsondunn.com
LPercopo@gibsondunn.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.3, I hereby certify that, on this 31st day of March, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Justin D. D'Aloia*
Justin D. D'Aloia