**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRENDA HAWKINS, and DEREK EINERSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DANAHER CORPORATION, RAINER M. BLAIR, MATT MCGREW, and EMMANUEL LIGNER,<br><br>Defendants. | Case No. 1:23-cv-02055 (AHA) |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF**
**CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

Court-appointed lead plaintiff Brenda Hawkins and additional plaintiff Derek Einersen (together, "Plaintiffs") respectfully move, pursuant to Fed. R. Civ. P. 23(e), for the entry of a Judgment and Order: (1) approving the proposed settlement of the above-captioned action (the "Settlement") on the terms and conditions set forth in the Stipulation of Settlement, dated April 20, 2026, filed with the Court on April 22, 2026 (ECF No. 51-3) (the "Stipulation"), as fair, reasonable, and adequate; (2) certifying the Class, as defined in the Stipulation, for purposes of the Settlement; (3) appointing Plaintiffs as Class representatives, Pomerantz LLP as Class counsel, and Cohen Milstein Sellers & Toll PLLC as Class liaison counsel; and (4) approving the Plan of Allocation for distributing the Settlement proceeds as fair and reasonable.

This Motion is based upon the attached Memorandum of Points and Authorities; the accompanying Declaration of Justin D. D'Aloia in Support of (1) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and (2) Lead Counsel's Motion for

Award of Attorneys' Fees and Litigation Expenses; and all other papers and proceedings herein. A proposed Judgment and proposed Order granting the requested relief will be submitted with Lead Counsel's reply papers, after the deadline for objecting to the Motion has passed.

Dated: August 13, 2026

Respectfully submitted,

*/s/ Justin D. D'Aloia*
Jeremy A. Lieberman (*pro hac vice*)
Justin D. D'Aloia (*pro hac vice*)
Guy Yedwab
**POMERANTZ LLP**
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
jdaloia@pomlaw.com
gyedwab@pomlaw.com

*Counsel for Plaintiffs and Lead Counsel for the Proposed Class*

Daniel S. Sommers (Bar No. 416549)
Jan E. Messerschmidt (Bar No. 1031488)
**COHEN MILSTEIN SELLERS & TOLL LLP**
1100 New York Ave., NW
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
dsommers@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

*Counsel for Plaintiffs and Liaison Counsel for the Proposed Class*

Brian Schall
David J. Schwartz
**SCHALL, BROWN & SCHWARTZ LLP**
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964

Facsimile: (213) 519-5876
brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Plaintiff Derek Einersen*

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.3, I hereby certify that, on this 13th day of August, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Justin D. D'Aloia*
Justin D. D'Aloia